UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 22-cr-66-1 |
| VS. | * | JUDGE JAMES D. CAIN, JR. |
| GARRETT MICHAEL FAULK | * | MAGISTRATE JUDGE KAY |

## JUDGMENT

Before the court is a Report and Recommendation of the Magistrate Judge [doc. 32], recommending that the defendant's guilty plea be accepted. After considering the official transcript [doc. 33] and noting the defendant's waiver of objections, the Court finds that the plea is correct under applicable law. Accordingly, **IT IS ORDERED, ADJUDGED, and DECREED** that the Report and Recommendation be **ADOPTED** and that the defendant be finally adjudged guilty of the offenses charged in Count 1 of the Indictment.

Sentencing is set for January 12, 2023, at 1:30 p.m. before the undersigned in Lake Charles, Louisiana.

**THUS DONE AND SIGNED** in Chambers on this 31st day of August, 2022.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE